UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-18693 |
| | | CHAPTER 13 |
| DEBORAH S HINES | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the debtor(s).  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

Check No.                             Amount
 917161                                 $300.00


Debtor Address
DEBORAH S HINES
1177 FOREST RUN DRIVE
BATAVIA, OH  45103




                                        Respectfully submitted,


                              /s/     Margaret A. Burks, Esq.
                                       Margaret A. Burks, Esq.
                                       Chapter 13 Trustee
                                       Attorney No. OH 0030377

                                       Francis J. DiCesare, Esq.
                                       Staff Attorney
                                       Attorney No. OH 0038798

                                       Karolina F. Perr, Esq.
                                       Staff Attorney
                                       Attorney No. OH 0066193

                                       600 Vine Street, Suite 2200
                                       Cincinnati, OH 45202
                                       (513) 621-4488
                                       (513) 621 2643 (Facsimile)
                                       mburks@cinn13.org - Correspondence only
                                       fdicesare@cinn13.org
                                       kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 22, 2010.

                                        /s/     Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| DEBORAH S HINES | PRO SE - DEBTOR |
| 1177 FOREST RUN DRIVE | ACTING AS OWN ATTORNEY |
| BATAVIA, OH  45103 | , |
| | |
| | U.S. TRUSTEE |
| | 36 EAST SEVENTH STREET, SUITE 2030 |
| | CINCINNATI, OHIO 45202 |
| | (service waived) |